UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Pao Vang,                                                                Civil No. 04-4306 (RHK/JSM)

       Plaintiff,                                              **ORDER**

v

Clearr Corporation, Peter Nelson,
Zateng Xiong, John Doe,

       Defendants.

---

Plaintiff's letter request for a continuance of the September 20th hearing on Defendants' Summary Judgment Motion will be considered at that hearing. Counsel should be prepared to argue the Motion at that time and the Court will determine whether Plaintiff will be given additional time for submission of a brief in opposition.

The hearing will remain as scheduled at 11:00 a.m. on Tuesday, September 20, 2005.

Dated: September 15, 2005

                                                                      s/Richard H. Kyle
                                                                      RICHARD H. KYLE
                                                                      United States District Judge