**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Pao Vang, | Civil No. 04-4306 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v | |
| Clearr Corporation, Peter Nelson, Zateng Xiong, John Doe, | |
| Defendants. | |

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning December 1, 2005.  Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By <u>November 17, 2005</u>:

(1)  All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2)  Designation and copies of proposed deposition testimony;

(3)  Motions in Limine with supporting briefs; and

(4)  Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>November 23, 2005</u>:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

  (3) Replies to Trial Briefs.

 By <u>November 29, 2005</u>:  Responses to the Written Objections.

Dated:  September 30, 2005

              <u>s/Richard H. Kyle</u>
              RICHARD H. KYLE
              United States District Judge